C

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Kimberly Alicia Hastings | ) | Case No.  11-33305 - Ch.7 |
| | ) | |
| Debtor(s) | ) | |

## ORDER

On June 14, 2011, the above named Debtor filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code. Included with the Petition is the *Disclosure of Compensation of Attorney for Debtor* which reflects that William J. Balena, Attorney for Debtor received $1,800.00 for services rendered on behalf of the Debtor.

Upon review of the Disclosure of Compensation, it appears that the $1,800.00 exceeds the amount typically allowed by this Court on a standard individual Chapter 7 case, therefore, a hearing should be scheduled on this matter.

Accordingly, it is

**ORDERED**  that a **Hearing on the Court's Inquiry Regarding the Compensation Received by Attorney Balena** be, and hereby is, scheduled for **Tuesday, July 19, 2011 at 2:00 P.M.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

ALL MOTIONS FOR CONTINUANCE OR REQUESTS FOR NON-APPEARANCE IN THE ABOVE CAPTIONED HEARING ARE TO BE MADE DIRECTLY TO THE COURT, AND THOSE MAKING THE MOTIONS OR REQUESTS ARE DIRECTED TO SECURE CONFIRMATION DIRECTLY FROM THE COURT AS TO WHETHER OR NOT THE MOTION OR REQUEST HAS BEEN GRANTED. *ONLY THE COURT* MAY GRANT OR DENY SUCH A MOTION OR REQUEST.

Dated:  JUN 17 2011

/S/ RICHARD L. SPEER
_____
RICHARD L. SPEER
United States Bankruptcy Judge