```
                        United States Bankruptcy Court
                          Northern District of Ohio
In re:                                                         Case No. 11-33305-rls
Kimberly Alicia Hastings                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-3         User: jhuff              Page 1 of 1          Date Rcvd: Jun 17, 2011
                             Form ID: pdf755          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2011.
db      +Kimberly Alicia Hastings,   3805 Portside Drive,   Vermilion, OH 44089-9180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**                    Signature:    _Joseph Speetjens_

C

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Kimberly Alicia Hastings | ) | Case No. 11-33305 - Ch.7 |
| | ) | |
| Debtor(s) | ) | |

## ORDER

On June 14, 2011, the above named Debtor filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code. Included with the Petition is the *Disclosure of Compensation of Attorney for Debtor* which reflects that William J. Balena, Attorney for Debtor received $1,800.00 for services rendered on behalf of the Debtor.

Upon review of the Disclosure of Compensation, it appears that the $1,800.00 exceeds the amount typically allowed by this Court on a standard individual Chapter 7 case, therefore, a hearing should be scheduled on this matter.

Accordingly, it is

**ORDERED** that a **Hearing on the Court's Inquiry Regarding the Compensation Received by Attorney Balena** be, and hereby is, scheduled for **Tuesday, July 19, 2011 at 2:00 P.M.**, in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

ALL MOTIONS FOR CONTINUANCE OR REQUESTS FOR NON-APPEARANCE IN THE ABOVE CAPTIONED HEARING ARE TO BE MADE DIRECTLY TO THE COURT, AND THOSE MAKING THE MOTIONS OR REQUESTS ARE DIRECTED TO SECURE CONFIRMATION DIRECTLY FROM THE COURT AS TO WHETHER OR NOT THE MOTION OR REQUEST HAS BEEN GRANTED. *ONLY THE COURT* MAY GRANT OR DENY SUCH A MOTION OR REQUEST.

Dated: JUN 17 2011

/S/ RICHARD L. SPEER
_____
RICHARD L. SPEER
United States Bankruptcy Judge